UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 10-1643(DSD/AJB)

Eric C. Johnson,

       Plaintiff,

v.                                     **ORDER**

ADP Screening and Selection
Services, Inc. and Robert Half
International, Inc.,

       Defendants.

Based upon the report and recommendation by United States Chief Magistrate Judge Arthur J. Boylan, all the files and records, and no objections having been filed to said report and recommendation;

**IT IS HEREBY ORDERED** that the report and recommendation [Docket No. 31] is affirmed in all respects.

Dated: September 8, 2010

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court